# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TYLER BARWICK,

    Plaintiff,                                       Case No: 6:21-cv-2059-PGB-EJK

v.

ORLANDO POLICE DEPARTMENT
and MAXWELL PERSONS,

    Defendants.
_____/

## MOTION TO SUBSTITUTE PARTY

COMES NOW Plaintiff Tyler Barwick, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 25(c) and (d), hereby files this Motion to Substitute Party and states:

1. Plaintiff's complaint originally named Defendants as "Orlando Police Department and Maxwell Persons."

2. Orlando Police Department is a division of The City of Orlando and The City of Orlando is the more appropriate named party.

3. Under Fed.R.Civ.P. 25(c), "Transfer of Interest. If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party."

4. Under Fed.R.Civ.P. 25(d), "Public Officers; Death or Separation from Office. An action does not abate when a public officer who is a party in an official capacity

dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution."

5.  Plaintiff requests that the named Defendants be substituted to be "The City of Orlando and Maxwell Persons."

6.  Plaintiff argues that the interests of justice would be served by allowing for the party "The City of Orlando" to be substituted for "Orlando Police Department."

7.  Defendants' counsel for the City of Orlando is the same as for the Orlando Police Department.

8.  Plaintiff's counsel reached out to Defendants' counsel, who is currently out of the office and returning on January 10, 2022, for her position on this motion.

9.  To avoid delay, this motion is being filed now and can be supplemented in the future if necessary or requested by the Court.

WHEREFORE, Plaintiff respectfully requests that an order of substitution be entered substituting "The City of Orlando and Maxwell Persons" as the party Defendants in lieu of the original Defendants "Orlando Police Department and Maxwell Persons."

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, I electronically filed the foregoing with the United States District Court, Middle District of Florida, Orlando Division which in turn emails a copy to Defendants' counsel:

**Kimberly Laskoff, Esq.**
City of Orlando
P.O. Box 4990, 3rd floor
Orlando, Florida 32802-4990
Pleadings@cityoforlando.net
Kimberly.laskoff@cityoforlando.net

/s/Thomas B. Feiter
**Thomas B. Feiter**
FBN: 25954
The Fighter Law Firm, P.A.
120 E. Robinson Street
Orlando, FL 32801
Tel. (407) 344-4837
disovery@fighterlaw.com
Attorney for Plaintiff